No. 789. MITSUBISHI SHOJI KAISHA, LTD. ET AL. *v.* SOCIETE PURFINA MARITIME. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. John W. Crandall, Geo. Whitefield Betts, Jr., Arch E. Ekdale,* and *Martin J. Weil* for petitioners. *Messrs. T. Catesby Jones* and *Farnham P. Griffiths* for respondent.

No. 792. STEPHAN *v.* UNITED STATES. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. Nicholas Salowich* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Arnold Raum* and *Oscar A. Provost* for the United States.

No. 793. CITY OF NEW YORK *v.* UNITED STATES. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. Thomas D. Thacher* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Sidney J. Kaplan, Paul A. Sweeney,* and *Robert L. Stern* for the United States.

No. 798. INDIANAPOLIS *v.* WHEELER, ACTING DIRECTOR BITUMINOUS COAL DIVISION OF THE DEPARTMENT OF THE INTERIOR, ET AL. April 5, 1943. Petition for writ of cer-